PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: John Fraser Williams                         Cr.: 05-00547-001
                                                               PACTS Number: 38346

Name of Sentencing Judicial Officer: The Honorable Stanley R. Chesler

Date of Original Sentence: 12/20/05

Original Offense: Possession of Child Pornography

Original Sentence: 37 months custody, 24 months supervised released

Type of Supervision: supervised release            Date Supervision Commenced: 10/3/08

## PETITIONING THE COURT

[ ]   To extend the term of supervision for         Years, for a total term of        Years.
[X]   To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall participate is a mental health treatment program, which may include participation in a treatment program for sexual disorders, as approved by the Probation Department. The defendant shall contribute to the cost of such services rendered and/or any psychotropic medications prescribed to the degree he or she is reasonably able, and shall cooperate in securing any applicable third-party payment. The defendant shall disclose all financial information and documents to the Probation Department to assess his or her ability to pay. As part of the treatment program for sexual disorders, the defendant shall participate in a polygraph examination(s) to obtain information necessary for risk management correctional treatment.

The defendant is not to use a computer, Internet capable device or similar electronic device to access pornography of any kind. This includes, but not limited to, accessing pornographic websites, including websites depicting images of nude adults or minors. The offender shall not use his/her computer to view pornography stored on related computer media, such as CD's or DVD's, and shall not communicate via his computer with any individual or group who promotes the sexual abuse of children. The defendant shall also cooperate with the U.S. Probation Department's Computer and Internet Monitoring program. Cooperation shall include, but not be limited to, identifying computer systems, Internet capable devices and/or similar electronic devices the defendant has access to, and allowing the installation of monitoring software/hardware on said devices, at the defendant's expense. The defendant shall inform all parties that access a monitored computer, or similar electronic device, that the device is subject to search and monitoring. The defendant may be limited to possessing only one personal Internet capable device to facilitate our department's ability to effectively monitor his/her Internet related activities. The defendant shall also permit random examinations of said computer systems, Internet capable devices, similar electronic devices, and related computer media, such as CD's under his/her control.

PROB 12B - Page 2
John Fraser Williams

## CAUSE

The offender is being supervised in the Eastern District of New York and they request said conditions to assist them in effectively supervising the offender.

Respectfully submitted,

By: Karen Green-Allen
Senior U.S. Probation Officer
Date: 11/12/08

THE COURT ORDERS:

[ ] The Modification of Conditions as Noted Above
[✓] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

11/24/08
_____
Date

PROB 49
(3/89)

# United States District Court

District    NEW JERSEY

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

RECEIVED
NOV 03 2008
U.S. PROBATION OFFICE
TRENTON, N.J.

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

*The defendant shall participate in a mental health treatment program, which may include participation in a treatment program for sexual disorders, as approved by the Probation Department. The defendant shall contribute to the cost of such services rendered and/or any psychotropic medications prescribed to the degree he or she is reasonably able, and shall cooperate in securing any applicable third-party payment. The defendant shall disclose all financial information and documents to the Probation Department to assess his or her ability to pay. As part of the treatment program for sexual disorders, the defendant shall participate in a polygraph examination(s) to obtain information necessary for risk management and correctional treatment.*

*The defendant is not to use a computer, Internet capable device, or similar electronic device to access pornography of any kind. This includes, but is not limited to, accessing pornographic websites, including websites depicting images of nude adults or minors. The offender shall not use his/her computer to view pornography stored on related computer media, such as CD's or DVD's, and shall not communicate via his computer with any individual or group who promotes the sexual abuse of children. The defendant shall also cooperate with the U.S. Probation Department's Computer and Internet Monitoring program. Cooperation shall include, but not be limited to, identifying computer systems, Internet capable devices, and/or similar electronic devices the defendant has access to, and allowing the installation of monitoring software/hardware on said devices, at the defendant's expense. The defendant shall inform all parties that access a monitored computer, or similar electronic device, that the device is subject to search and monitoring. The defendant may be limited to possessing only one personal Internet capable device, to facilitate our department's ability to effectively monitor his/her Internet related activities. The defendant shall also permit random examinations of said computer systems, Internet capable devices, similar electronic devices, and related computer media, such as CD's, under his/her control.*

Witness: _____        Signed: _____
U.S. Probation Officer                          Probationer or Supervised Releasee

October 24, 2008
Date

**UNITED STATES DISTRICT COURT**
PROBATION OFFICE
**DISTRICT OF NEW JERSEY**

CHRISTOPHER MALONEY
CHIEF PROBATION OFFICER

MICHAEL A. McLEAN
SUPERVISING U.S. PROBATION OFFICER

JOHN A. SKORUPA
SUPERVISING U.S. PROBATION OFFICER

November 12, 2008

109 U.S. COURTHOUSE
402 EAST STATE ST.
TRENTON, NJ 08608
(609) 989-2071
FAX: (609) 989-2367
www.njp.uscourts.gov

The Honorable Stanley R. Chesler
United States District Judge
Frank R. Lautenberg U.S. Post Office Courthouse
P.O. Box 999
Newark, NJ 07101

**RE: Williams, John Fraser**
    **Dkt#: 05-00547-001**
    **Request for Modification of Conditions**

Dear Judge Chesler:

The above named offender was sentenced by Your Honor on December 20, 2005 on the charge of Possession of Child Pornography. He received 37 months in custody followed by 2 years supervised release with special conditions of DNA testing, Cooperate with INS, Financial Disclosure, Mental Health Treatment, No Contact with Minors, $7,500 fine, Sex Offender Registration, and Computer/Internet restrictions.

The offender was released from custody on October 3, 2008 and is being supervised in the Eastern District of New York. They requested additional conditions of supervision and the offender signed a waiver agreeing to those conditions.

Attached is a waiver form for Your signature. If Your Honor would like to discuss this matter, I may be reached at (609) 989-2326.

Respectfully submitted,

CHRISTOPHER MALONEY, Chief
U.S. Probation Officer

By: Karen Green-Allen
Senior U.S. Probation Officer

/kga
Enclosure