**UNITED STATES DISTRICT COURT**
**PROBATION OFFICE**
**DISTRICT OF NEW JERSEY**

CHRISTOPHER MALONEY
CHIEF PROBATION OFFICER

MICHAEL A. McLEAN
SUPERVISING U.S. PROBATION OFFICER

JOHN A. SKORUPA
SUPERVISING U.S. PROBATION OFFICER

January 21, 2009

109 U.S. COURTHOUSE
402 EAST STATE ST.
TRENTON, NJ 08608
(609) 989-2071
FAX: (609) 989-2367
www.njp.uscourts.gov

The Honorable Stanley R. Chesler
United States District Judge
Frank R. Lautenberg U.S. Post Office Courthouse
P.O. Box 999
Newark, NJ 07101

RE: Williams, John Fraser
Dkt#: 05-00547-001
Request for Modification of Conditions

Dear Judge Chesler:

The above named offender was sentenced by Your Honor on December 20, 2005 on the charge of Possession of Child Pornography. He received 37 months in custody followed by 2 years supervised release with special conditions of DNA testing, Cooperate with INS, Financial Disclosure, Mental Health Treatment, No Contact with Minors, $7,500 fine, Sex Offender Registration, and Computer/Internet restrictions.

The offender was released from custody on October 3, 2008 and is being supervised in the Eastern District of New York. On November 24, 2009 Your Honor signed an order adding special conditions related to mental health treatment and monitoring of a sex offender. They requested additional conditions of supervision and the offender signed a waiver agreeing to those conditions.

The offender has a hearing scheduled for January 23, 2009 for the purpose of determining his sex offender risk level under the New York State Sex Offender Registry. The Court in that case has requested the presentence report in order to assist in determining the risk level. This process is similar to the Megan's Law registration that is used in the State of New Jersey.

We are requesting Your Honor check the appropriate line to convey your wishes to us.

Thank you for your cooperation in this matter.

The Honorable Stanley R. Chesler
Page 2
January 21, 2009

____✓____ I will allow the presentence report to be released for the purposes of Sex Offender registration and monitoring.

_____ I will not allow the release of the presentence report.

_____
The Honorable Stanley R. Chesler
United States District Judge

Respectfully submitted,

CHRISTOPHER MALONEY, Chief
U.S. Probation Officer

By: Karen Green-Allen
    Senior U.S. Probation Officer

/kga
Enclosure