**UNITED STATES DISTRICT COURT**
PROBATION OFFICE
**DISTRICT OF NEW JERSEY**

**CHRISTOPHER MALONEY**
CHIEF PROBATION OFFICER

**MICHAEL A. McLEAN**
SUPERVISING U.S. PROBATION OFFICER

**JOHN A. SKORUPA**
SUPERVISING U.S. PROBATION OFFICER

August 19, 2009

109 U.S. COURTHOUSE
402 EAST STATE ST.
TRENTON, NJ 08608
(609) 989-2071
FAX: (609) 989-2367

The Honorable Stanley R. Chesler
United States District Judge
Martin Luther King, Jr. U.S. Courthouse
PO Box 0999
Newark, NJ 07102-0999

**RE: Williams, John Fraser**
    **Dkt#: 0312 3:05CR00547-001**
    **Release of the Treatment Records**

Dear Judge Chesler:

The above named offender was sentenced by Your Honor on December 20, 2005 on the charge of Possession of Child Pornography. He received 37 months in custody followed by 2 years supervised release with special conditions of no computer access, mental health treatment, no contact with children, register as a sex offender as directed by probation, cooperate with ICE, financial disclosure and submit to DNA collection.

The offender commenced supervision on October 3, 2008 and immediately relocated to Staten Island, NY. Under New York State law he is required to register as a sex offender.

New York State is determining the offender sex offender registry tier and the defense counsel has requested the release of the treatment file for an in camera review.

This information can only be released with the permission of the Court. Attached is the subpoena received from the Eastern District of New York.

Please sign below to indicate your response to this matter.

The Honorable Stanley R. Chesler
Page 2
August 19, 2009

                                         Respectfully submitted,

                                         CHRISTOPHER MALONEY, Chief
                                         U.S. Probation Officer

                                         By: Karen Green-Allen
                                         Senior U.S. Probation Officer

       __X__ I will allow the treatment records be released for an in camera review as per the subpoena.

       _____ I will not allow the review of the treatment records.

                                           The Honorable Stanley R. Chesler
                                         United States District Judge

/kga

SUPREME COURT OF ALL NEW YORK FORENS
COUNTY OF RICHMOND
-----------------------------------------------------------X
THE PEOPLE OF THE STATE OF NEW YORK,

-against-

**SUBPOENA**
**DUCES TECUM**

John Williams,

Indictment # 00547F-2005

                 Defendant.
-----------------------------------------------------------X

TO: **Denise Dicupe**
26 Court Street
Suite 902
Brooklyn, N.Y. 11242

*GREETINGS*:

**YOU ARE HEREBY COMMANDED**, to reply in New York State Supreme Court, at 18 Richmond Terrace, Staten Island, New York 10301, in Part 6 on the 16TH day of July, 2009 and any subsequent adjourned date to produce certain documents, reports, etc. listed below in the above-captioned case. Note bene, your personal appearance is not necessary.

## IN CAMERA INSPECTION

DOCUMENTS REQUIRED:

Entire record pertaining to John Williams, date of birth 8-4-51, Social Security Number 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.

All records to be delivered to Hon. Leonard P. Rienzi, J.S.C., 18 Richmond Terrace, Staten Island, N.Y. 10301 for the Court's in camera review.

You may be guilty of Criminal Contempt and liable to a fine of two hundred and fifty dollars and/or thirty days imprisonment for failure to respond.

Dated: Staten Island, New York
        July 13, 2009

By: *Carol Siegel*
Carol Siegel
Battista, Aronowsky & Suchow, Inc
Attorney for Defendant
60 Bay St   Suite 802
Staten Island, New York 10301
(718) 354-3200